IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIAN GANG CHEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1453-D |
| | ) |
| PAMELA BONDI, et al., | ) |
| | ) |
| Respondents. | ) |

# ORDER

Petitioner Tian Gang Chen filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B), (C) [Doc. No. 3]. Petitioner filed his emergency motion or request for expedited handling on December 4, 2025 [Doc. No. 5]. Judge Maxfield ordered Respondents to file a response to the Petition [Doc. No. 9].

On December 5, 2025, Respondents notified the Court that Petitioner was scheduled for removal outside of this judicial district [Doc. No. 11], to which Petitioner filed a response [Doc. No. 12]. Respondents filed a second notice to the Court on December 5, 2025, stating that Petitioner was no longer scheduled for transfer because flights to China were fully booked [Doc. No. 13]. Respondents asserted that Petitioner would be removed once new travel arrangements were made. *Id.* On December 5, 2025, the Court ordered Respondents to file a reply to Petitioner's notice response [Doc. No. 14]. Respondents filed a reply to which Petitioner filed a sur-reply [Doc. No. 18]. On December 9, 2025, the Court

1

denied Petitioner's request for the entry of an order preventing Petitioner's transfer out of this district, and an order requiring Respondents to provide copies of the travel document [Doc. No. 19].

On December 12, 2025, Respondents notified the Court that Petitioner would be transferred outside the judicial district on December 15, 2025 [Doc. No. 20]. On December 19, 2025, Respondents filed a response objecting to the Petition [Doc. No. 1]. Judge Maxfield issued a Report and Recommendation on December 30, 2025 [Doc. No. 15] recommending the Court dismiss the Petition [Doc. No. 1] as moot and deny Petitioner's Emergency Motion or Request for Expedited Handling Under 28 U.S.C. § 1657 [Doc. No. 5] as moot because the Petitioner is no longer in the custody of U.S. Immigration and Customs Enforcement.

The case file shows no timely objection to the Report and Recommendation nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Maxfield in the Report and Recommendation, the Court finds this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 22] is **ADOPTED** in its entirety. This action is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's Emergency Motion or Request for Expedited Handling Under 28 U.S.C. § 1657 [Doc. No. 5] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 29th day of January, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge